```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 64049
   LINDA SUSAN DRENNAN
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES
             Debtor
   SSN XXX-XX-6676


-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/19/05 and confirmed on 03/17/06.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  10045.00 .

   4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                         PAID         PAID
-----------------------------------------------------------------------
ROUNDUP FUNDING LLC      SECURED VEHIC   1044.54         18.52       1044.54
ALLIANCE ONE RECEIVABLES UNSECURED       NOT FILED         .00          .00
ASSET ACCEPTANCE CORP    UNSECURED        552.01         14.49        552.01
CAPITAL ONE BANK         UNSECURED       1406.62         36.94       1406.62
FAMOUS BARR              UNSECURED            .00          .00          .00
FINANCIAL RECOVERY SERVI UNSECURED       NOT FILED         .00          .00
JP MORGAN CHASE BANK     UNSECURED       NOT FILED         .00          .00
THE LAW CENTER           UNSECURED       NOT FILED         .00          .00
WOLPOFF & ABARAMSON      UNSECURED       NOT FILED         .00          .00
CAPITAL ONE BANK         UNSECURED        755.22         20.31        755.22
CAPITAL ONE BANK         UNSECURED       1416.64         38.07       1416.64
CAPITAL ONE BANK         UNSECURED       1131.81         30.47       1131.81
FIRST AMERICAN INVESTMEN UNSECURED        993.02         27.06        993.02
          Summary of disbursements:
-----------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED  1044.54         .00      6255.32        .00       7299.86
PRINCIPAL PAID      1044.54         .00      6255.32        .00       7299.86
INTEREST PAID         18.52         .00       167.34        .00        185.86
TOTAL PAID          1063.06         .00      6422.66        .00       7485.72
The Debtor's attorney, JAMES A YOUNG & ASSOC       , was allowed $    2500.00
and was paid $    374.00  direct and $    2126.00  through the plan.

The Trustee received $     428.68 .

Refunds to the Debtor totaled $        4.60 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 07/21/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

                         PAGE   2
    CASE NO. 05 B 64049 LINDA SUSAN DRENNAN